Hannah B. Kerr, Respondent, v. The Manhattan Railway Company and Others, Appellants.— Judgment affirmed, with costs. No opinion. Order filed.

In the Matter of the Application of Harry Dinkelspiel, Appellant, for a Peremptory Writ of Mandamus Directing the Consolidated Gas Company of New York, Respondent, to Furnish Gas to Said Petitioner at His Premises in the City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Nichola Schiavo, as Administrator, etc., of Gaetano Schiavo, Deceased, Appellant, v. Faulhaber Stable Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Einar Chrystie, Appellant, v. George Cromwell, as President of the Borough of Richmond of the City of New York and The City of New York, Impleaded with the Barber Asphalt Paving Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of William Weisell, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Arthur Schmidt, Respondent, v. Adolfo Moeller, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Mary A. Cohnfeld, Appellant, v. Helen Stuyvesant Braman and Others, Respondents.—·Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Rudolph Doren, Appellant, v. Levering & Garrigues Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

La Roy S. Gove, as Trustee in Bankruptcy of Jacob M. Laskey, Respondent, v. Max Tischler, Appellant.— Judgment affirmed, with costs. No opinion. Order filed.

Charles .F. Whitford, Respondent, v. Interurban Street Railway Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Order filed.

Geoffrey Powers, Respondent, v. Metropolitan Street Railway Company. Appellant. — Judgment and order affirmed, with costs. No opinion. Order filed.

Eliza Willing Train, Respondent, v. Elizabeth G. Davis and Others, Respondents, Impleaded with Charles D. Wetmore and William Bollard, Appellants.— Judgment affirmed, with costs. No opinion. Order filed.

Fannie M. Weston, as Administratrix, etc., of Theodore D. Weston, Deceased, Appellant, v. John Townshend, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

Thaddeus S. C. Lowe, Appellant, v. George Crocker, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

Leo Schlesinger, as Receiver of the Federal Bank of New York, Respondent, v. Carl Rudolph Schultz. Appellant, Impleaded with John Carraway.— Judgment and order affirmed, with costs. No opinion. Order filed.

The Standard Paint Company, Respondent, v. Brighton Beach Development Company, Appellant. — Judgment affirmed, with costs. No opinion. Order filed.

Dennis E. Sheehan, Respondent, v. Sarah Martin and Joseph Martin, Appellants.— Appeal from report of referee dismissed, with ten dollars costs, and judgment affirmed, with costs. No opinion. Order filed.

Edgar Lehman, Respondent, v. Leon Abbett, Appellant, Impleaded with Raymond W. Kenney.— Judgment affirmed, with costs. No opinion. Order filed.

Thomas P. Quinn, Respondent, v. Third Avenue Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

Harry S. Leventhal, Respondent, v. Saal W. Mann and Morris Levy, Sometimes Known as Morris Lovejoy, Appellants.— Judgment and order affirmed, with costs. No opinion. Order filed.

Joseph Rattay, Respondent, v. Allen-Ditchett Company, Appellant. — Judgment and order affirmed, with costs. No opinion, (Ingraham, J., dissenting.) Order filed.